NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MITCHELL W. REIBLICH,        )
DOC #C11100,                 )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D16-4087
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes
Riva and Charles E. Roberts, Judges.

Howard L. Dimmig, II, Public Defender,
and Clayton R. Kaeiser, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.